# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

Phyllis A. Moss,

       Plaintiff,

  v.

Michael J. Astrue, Commissioner,
Social Security Administration

       Defendant.

Case Number: 12-0430-SSA-CV-W-MJW

_  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED – that the decision of the Commissioner is affirmed.

ENTERED ON: August 14, 2013

                                         ANN THOMPSON
                                         Court Executive

                                         *L. Bax*
                                         (By) Deputy Clerk